No. 398, Misc. GARELLI ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Charles B. Evins* and *R. Eugene Pincham* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 479, Misc. BRADY *v.* CAMERON, HOSPITAL SUPERINTENDENT, ET AL. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondents.

No. 535, Misc. LEE *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *James T. Carlisle,* Assistant Attorney General, for respondent.

No. 563, Misc. MURRAY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for the United States.

No. 636, Misc. PROCTOR *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *A. Alvis Layne* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 640, Misc. DI SILVESTRO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Douglas* and *Morton Hollander* for the United States.